No. 2080, Misc. CULLY *v.* RUNDLE, CORRECTIONAL SUPERINTENDENT. C. A. 3d Cir. Certiorari denied.

No. 2090, Misc. KRUSE *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 2092, Misc. HEADLEY ET AL. *v.* MANCUSI, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 2095, Misc. BASS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 2099, Misc. HORTON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 2102, Misc. MAPYS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 2104, Misc. MOFFETT *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 2111, Misc. LOPEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 2115, Misc. HYLECK *v.* MINNESOTA. Sup. Ct. Minn. Certiorari denied.

No. 2122, Misc. CLARKE *v.* UNITED STATES BOARD OF PAROLE ET AL. C. A. D. C. Cir. Certiorari denied.

No. 2123, Misc. YANT *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 2127, Misc. GROVES *v.* PATE, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 2133, Misc. LOTT *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.